UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-cv-06069-JWH-SHK | Date: | October 9, 2020 |
| Title: | *Patricia A. Krage v. City of Lakewood et al* | | |

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):** ORDER DENYING AS MOOT APPLICATION FOR PRO SE LITIGANT TO ELECTRONICALLY FILE DOCUMENTS (ECF No. 39)

On October 5, 2020, the Court received Plaintiff Patricia Krage's ("Plaintiff") Application for Pro Se Litigant to Electronically File Documents ("Application"). Electronic Case Filing Number ("ECF No.") 39, Application.

The Court has reviewed the docket and notes that on January 6, 2020, Plaintiff had already submitted the same application. ECF No. 24. On January 10, 2020, the Court granted the same. Therefore, this application is a duplicate request.

Accordingly, Plaintiff's Request is DENIED as MOOT.

**IT IS SO ORDERED.**