1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   PATRICIA A. KRAGE,                    Case No. 2:19-cv-06069-JWH-SHK

12                      Plaintiff,         **ORDER ACCEPTING REPORT
                                           AND RECOMMENDATION OF
13          v.                             UNITED STATES MAGISTRATE
                                           JUDGE TO:**
14   CITY OF LAKEWOOD, et al.,
                                           **1. GRANT DEFENDANTS'
15                      Defendants.            REQUESTS FOR JUDICIAL
                                              NOTICE, AND**
16
                                           **2. GRANT IN PART AND DENY
17                                            IN PART DEFENDANTS'
                                              MOTIONS TO DISMISS AND
18                                            FOR JUDGMENT ON THE
                                              PLEADINGS**
19

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff Patricia A. Krage ("Plaintiff") has objected. Court accepts the findings and recommendation of the Magistrate Judge.

It is therefore **ORDERED** that:

1. Defendants' Requests for Judicial Notice [Electronic Case Filing Numbers ("ECF Nos.") 15, 28] is **GRANTED** and, therefore, the Court takes judicial notice of City of Lakewood Municipal Code ("Municipal Code") §§ 4320 <u>et seq.</u>, Municipal Codes §§ 4330 <u>et seq.</u>, Municipal Codes §§ 4900 <u>et seq.</u> and the First Amended Complaint in <u>People of the State of California v. Patricia A. Krage and James A. Krage,</u> Los Angeles Superior Court Case No. 8BL05411, for the fact that the state court filings were filed, but not for the truth of their content;

2. Defendants' Motion to Dismiss [ECF No. 13] and Motion for Judgment on the Pleadings [ECF No. 27] are **GRANTED in part** and **DENIED in part**. Specifically,

    a. Plaintiff's claims under 18 U.S.C. §§ 241 and 242 and the State Bar Act and California Rules of Professional Conduct are **DISMISSED with prejudice**; and

    b. Plaintiff's 42 U.S.C. § 1983 ("§ 1983") claims against Defendants are **DISMISSED without prejudice** and **with leave to amend** in accordance with the instructions provided below; and

    c. Defendants' motions based on prosecutorial and qualified immunity are **DENIED**, **without prejudice**;

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claim under Cal. Civil Code § 52.1, also known as the Thomas Bane Civil Rights Act, and **DISMISSES** this claim **without prejudice**.

1    The Court also finds that Defendant City of Lakewood ("City") possesses the
2    authority to pass ordinances and to regulate private nuisances within its jurisdiction
3    that do not "conflict with the Constitution and laws of the State or the United
4    States." Cal. Gov't Code § 37100; Cal. Const. art. XI § 7. Accordingly, absent a
5    conflict with the U.S. or California constitution, the City had the authority to
6    investigate, cite, and prosecute Plaintiff for alleged nuisances on her property and
7    for failing to remedy the alleged Lakewood Municipal Code ("LMC") violations.

8    It is further **ORDERED** that, if Plaintiff would like to continue to prosecute
9    this action, Plaintiff file a **First Amended Complaint ("FAC")** within **twenty-one**
10   **(21) days** of the service date of this Order.

11   On the first page, Plaintiff should clearly designate on the face of the
12   document that it is the "First Amended Complaint," include the docket number
13   assigned to this case, and write the amended pleading on this Court's **CV-066**
14   **form**, which the Clerk of Court is DIRECTED to mail to Plaintiff along with this
15   Order.

16   **In the body of the FAC, Plaintiff must include all claims that Plaintiff**
17   **would like to pursue, even if Plaintiff previously stated them in the original**
18   **Complaint.** If Plaintiff does not raise a claim in the FAC, the Court will consider
19   it waived. Plaintiff cannot refer to the original Complaint or any other pleading,
20   attachment, or document to state a claim in the FAC. Plaintiff cannot include in
21   the body of the FAC any new defendants or new allegations that are not reasonably
22   related to the claims asserted in the original Complaint.

23   For the claims that the Court dismissed without prejudice, Plaintiff must fix
24   the deficiencies consistent with the Court's R&R and Order in the FAC if Plaintiff
25   wishes to continue litigating those claims. Plaintiff should note that if Plaintiff
26   files a FAC restating deficient claims without fixing them, the Court may not allow
27   Plaintiff another opportunity to file an amended complaint and instead may dismiss
28   the action. If there are claims which the Court did not find deficient, Plaintiff **must**

3

**still re-plead that claim in the FAC in its entirety** if Plaintiff seeks to continue litigating the claim.  Plaintiff shall not reassert any claims in the FAC that the Court dismissed with prejudice.

**Plaintiff is cautioned that if Plaintiff does not timely file a FAC, this action will be dismissed with or without prejudice for failure to state a claim, failure to prosecute, and/or failure to obey Court orders under Rule 41(b) of the Federal Rules of Civil Procedure.**  Dismissal "with prejudice" means that Plaintiff will not be able to bring this action in federal court again, while "without prejudice" means Plaintiff can re-file this action in this Court.  If Plaintiff believes more time is necessary to file a FAC, Plaintiff may request an extension of time from the Court before the 21-day period mentioned above expires.  However, the Court will only grant an extension if Plaintiff demonstrates good cause for needing more time.

Finally, Plaintiff may voluntarily dismiss the action without prejudice, pursuant to Rule 41(a).  The Clerk of Court is **DIRECTED** to mail Plaintiff a blank Notice of Dismissal Form.

**IT IS SO ORDERED.**

Dated: October 19, 2021

HONORABLE JOHN W. HOLCOMB
United States District Judge

4

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF, | CASE NUMBER |
|  | _____ |
|  | *To be supplied by the Clerk* |
| v. |  |
|  | **CIVIL RIGHTS COMPLAINT** |
|  | **PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☐ 42 U.S.C. § 1983 |
|  | ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it

appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint
occurred?  ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____
(print plaintiff's name)

who presently resides at _____ ,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____
(institution/city where violation occurred)

on (date or dates) _____ , _____ , _____ .

(Claim I)                (Claim II)                (Claim III)

**NOTE**:      You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

2.   Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

3.   Defendant _____ resides or works at

(full name of first defendant)

_____

(full address of first defendant)

_____

(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____

_____

4.  Defendant _____ resides or works at
                    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____


5.  Defendant _____ resides or works at
                    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____         _____
           *(Date)*                        *(Signature of Plaintiff)*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Plaintiff(s),<br><br>v.<br><br>Defendant(s). | CASE NUMBER<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


_____          _____
            *Date*                                    *Signature of Attorney/Party*


*NOTE:  **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*      **F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*