|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PATRICIA A. KRAGE, | Case No. 2:19-cv-06069-JWH-SHK |
|---|---|
| Plaintiff, |   |
| v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| CITY OF LAKEWOOD, et al., |   |
| Defendants. |   |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint ("FAC"), the Motion to Dismiss ("MTD") the FAC, the relevant records on file, the Report and Recommendation of the United States Magistrate Judge, Plaintiff's Notice of Dismissal ("NOD") of the action without prejudice, and Defendants' objection to the NOD insofar as Plaintiff seeks dismissal of the case without prejudice. The Court **ACCEPTS** the findings and recommendation of the Magistrate Judge. It is therefore **ORDERED** as follows:

1. The MTD is **GRANTED**.
2. Judgment shall be entered **DISMISSING** this action **with prejudice**.

**IT IS SO ORDERED.**

Dated: February 21, 2023

HONORABLE JOHN W. HOLCOMB
United States District Judge