JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA A. KRAGE, | Case No. 2:19-cv-06069-JWH-SHK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LAKEWOOD, et al., | |
| Defendants. | |

1 | Pursuant to the Order Accepting Findings and Recommendation of United
2 | States Magistrate Judge,
3 | It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is
4 | **DISMISSED with prejudice**.
5 | **IT IS SO ORDERED.**
6 |
7 | Dated: February 21, 2023
8 | _____
  | HONORABLE JOHN W. HOLCOMB
  | United States District Judge

2